Lisa A. McClane
Nevada State Bar No. 10139
Daniel I. Aquino
Nevada State Bar No. 12682
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
Tel: (702) 921-2460
Fax: (702) 921-2461
Email:  lisa.mcclane@jacksonlewis.com
Email:  daniel.aquino@jacksonlewis.com

Attorneys for Defendant
*Nevada Restaurant Services, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA ZACCARIA,<br><br>                Plaintiff,<br><br>      vs.<br><br>NEVADA RESTAURANT SERVICES, INC., dba DOTTY'S, a domestic corporation,<br><br>                Defendants. | Case No.: 2:20-cv-00887-JCM-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE STIPULATION AND ORDER FOR DISMISSAL** |

Defendant Nevada Restaurant Services, Inc., dba Dotty's ("Defendant"), by and through its counsel of record, Jackson Lewis, P.C., and Plaintiff Lisa Zaccaria ("Plaintiff"), by and through her counsel of record, Mullins & Trenchak, do hereby stipulate and request an extension of the time to file the parties' Stipulation of Dismissal and Proposed Order.  The parties reached a settlement of this matter on November 10, 2020 at the Early Neutral Evaluation conference before Magistrate Judge Nancy J. Koppe.  The parties were ordered to submit a Stipulation of Dismissal and Proposed Order on or before December 28, 2020.  ECF No. 13.

The parties drafted and jointly executed a Settlement Agreement.  Per the terms of the agreement, Defendant will provide Plaintiff the consideration required under the agreement on or before January 6, 2020.

The parties accordingly request that the deadline to submit the Stipulation of Dismissal and Proposed Order be extended to January 8, 2020.

Dated this 23rd day of December, 2020.

| LAW OFFICE OF<br>MULLINS & TRENCHAK | JACKSON LEWIS P.C. |
|---|---|
| */s/ Philip J. Trenchak*<br>Philip J. Trenchak, Esq., Bar No. 9924<br>1614 S. Maryland Parkway<br>Las Vegas, Nevada 89104<br><br>*Attorney for Plaintiff* | */s/ Daniel I. Aquino*<br>Lisa A. McClane, Bar No. 10139<br>Daniel I. Aquino, Bar No. 12682<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant* |

## **ORDER**

IT IS HEREBY ORDERED that: The parties shall have up to and including January 8, 2021 to submit a Stipulation of Dismissal and Proposed Order.

Dated this 28th day of December, 2020.

_____
United States Magistrate Judge