1  Lisa A. McClane
   Nevada State Bar No. 10139
2  Daniel I. Aquino
   Nevada State Bar No. 12682
3  **JACKSON LEWIS P.C.**
   300 S. Fourth Street, Suite 900
4  Las Vegas, Nevada 89101
   Tel: (702) 921-2460
5  Fax: (702) 921-2461
   Email:  lisa.mcclane@jacksonlewis.com
6  Email:  daniel.aquino@jacksonlewis.com

7  Attorneys for Defendant
   *Nevada Restaurant Services, Inc.*
8

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LISA ZACCARIA, | Case No.: 2:20-cv-00887-JCM-VCF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| NEVADA RESTAURANT SERVICES, INC., dba DOTTY'S, a domestic corporation, | |
| Defendants. | |

   IT IS HEREBY STIPULATED AND AGREED by and between the parties and respective counsel, that the above-entitled case be dismissed with prejudice, each party to bear its own

/ / /

/ / /

/ / /

attorneys' fees and costs.

Dated this 7th day of January, 2021.

| LAW OFFICE OF<br>MULLINS & TRENCHAK | JACKSON LEWIS P.C. |
|---|---|
| */s/ Philip J. Trenchak*<br>Philip J. Trenchak, Esq., Bar No. 9924<br>1614 S. Maryland Parkway<br>Las Vegas, Nevada 89104<br><br>*Attorney for Plaintiff* | */s/ Daniel I. Aquino*<br>Lisa A. McClane, Bar No. 10139<br>Daniel I. Aquino, Bar No. 12682<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br><br>*Attorneys for Defendant* |

## ORDER

**IT IS HEREBY ORDERED**: This matter is dismissed with prejudice, each party to bear its own attorneys' fees and costs.

Dated January 13, 2021.

_____
UNITED STATES DISTRICT JUDGE